AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**MARCUS CINTRON**<br><br><br>**Defendant** | )<br>)<br>)   Case No.   1:20-MJ- 490 (CFH)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of September 26, 2020 in the county of Albany in the Northern District of New York the defendant, MARCUS CINTRON violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | In that the defendant moved and traveled in interstate and foreign commerce with intent to avoid prosecution, and custody and confinement after conviction, under the laws of the place from which he fled, for a crime, and an attempt to commit a crime, and which is a felony under the laws of the place from which the fugitive fled. |

This criminal complaint is based on these facts:
See attached affidavit.

☒   Continued on the attached sheet.

*Complainant's signature*

Task Force Officer Lance Crossett, U.S. Marshals Service

*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 2, 2020

*Judge's signature*

City and State:   Albany, NY

Hon. Christian F. Hummel, U.S. Magistrate Judge

*Printed name and title*

### Affidavit in Support of a Criminal Complaint

I, **Lance Crossett**, being duly sworn, depose and state:

1. I am a Task Force Officer with the United States Marshals Service in the Northern District of New York. I have worked in law enforcement for 8 years. Since 2017, I have been a Task Force Officer for the United States Marshals Service in the Northern District of New York. In 2015, I graduated from the New York State Department of Corrections and Community Supervision Parole Officer Training Academy. Since 2015, I have been involved in hundreds of fugitive cases with the New York State Department of Corrections and Community Supervision as well as the New York/ New Jersey Regional Fugitive Taskforce - Albany Division. As a result, I have extensive experience investigating crimes involving escapes from custody and locating fugitives.

2. This affidavit is made in support of a criminal complaint charging MARCUS CINTRON ("Cintron") with a violation of Title 18, United States Code, Section 1073 (interstate flight to avoid prosecution). The statements in this affidavit are based on information provided to me by other law enforcement officers, my investigation of this matter and my training and experience. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Cintron has committed a violation of Title 18, United States Code, Section 1073.

3. On December 1, 2015, the Albany County Court in Albany, New York, sentenced Cintron to three years incarceration with five years of post-release supervision following a conviction for Attempted Criminal Possession of a Weapon - Second Degree, in violation of New York State Penal Law ("NYPL") 265.03(3), a Class D felony. Cintron was first released to parole supervision in 2018. As a result of multiple prior parole violations, including absconding from parole supervision for an extended period of time, Cintron failed to complete his sentence and remains on parole at this time.

4. On September 26, 2020, while on parole, Cintron tampered with an electronic monitoring device that is a condition of his supervision, and absconded from parole supervision. As a result, on

September 29, 2020, Senior Parole Officer Ronda Hicks signed an arrest warrant for retaking and detaining CINTRON for violating his release agreement and/or supervision conditions. At that time, CINTRON still owed approximately three years on his sentence for the above mentioned felony conviction. CINTRON is therefore currently wanted by the New York State Department of Corrections and Community Supervision ("NYSDCCS") for absconding from parole supervision.

5. Law enforcement officials interviewed one of CINTRON's family members in order to ascertain CINTRON's current location. The family member, who is familiar with CINTRON, informed law enforcement officials that CINTRON fled Albany, New York for Springfield, Massachusetts, where CINTRON has additional family members. Further, law enforcement officials learned from NYSDOCCS officials that CINTRON previously requested to transfer his parole supervision from Albany, New York to Springfield, New York.

Attested to by the affiant.

Lance Crossett
Task Force Officer
U.S. Marshals Service

I, the Honorable Christian F. Hummel, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on October 2, 2020, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Christian F. Hummel
United States Magistrate Judge
Northern District of New York