IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:20-MJ-490 (CFH) |
| **v.** | ) |
| **MARCUS CINTRON,** | ) |
| **Defendant.** | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the complaint in Case No. 1:20-MJ-490 (CFH) against Marcus Cintron, the defendant.

The reason for this dismissal is:

☐ Case transferred to another District

☐ Speedy Trial Act

☐ Defendant's cooperation

☐ Insufficient evidence at this time

☒ Other:  UFAP defendant successfully apprehended.

With respect to this dismissal, defendant:

☐ Consents

☐ Objects

☒ Has not been consulted

This dismissal is with prejudice.

Dated: October 14, 2020

GRANT C. JAQUITH
United States Attorney

By: /s/ Rachel L Williams

Rachel L. Williams
Assistant United States
Attorney Bar Roll No. 701542

Leave of court is granted for the filing of the foregoing dismissal.

Dated and entered this ___15th___ day of October, 2020.

Christian F. Hummel
U.S. Magistrate Judge